**UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 15-26965 |
| **ICE THEATERS, LLC,** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |
| | ) | |
| | ) | Hearing Date: December 8, 2016 |
| | ) | Hearing Time: 10:30 A.M. |
| | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, on Thursday, December 8, 2016, at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Pamela S. Hollis, United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, or such other judge as may be sitting in her place, in Courtroom 644, 219 South Dearborn Street, Chicago, Illinois 60604, and shall present the attached Debtor's Motion for Entry of Final Decree, a copy of which is hereby served upon you.

Dated: December 1, 2016                    Respectfully Submitted,
                                           **ICE THEATERS, LLC**

                                           By:       /s/ John F. Hiltz
                                                  (One of Its Attorneys)

                                           John F. Hiltz (ARDC # 6289744)
                                           Blair R. Zanzig (ARDC # 6273293)
                                           **HILTZ & ZANZIG LLC**
                                           53 West Jackson Blvd., Suite 205
                                           Chicago, Illinois 60604
                                           Telephone: 312.566.9008
                                           Facsimile: 312.566.9015

                                           *Counsel for Debtor Ice Theaters, LLC*

### UNITED STATES BANKRUPTCY COURT FOR
### THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 15-26965 |
| ICE THEATERS, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | Hon. Pamela S. Hollis |
| ) | |
| ) | Hearing Date: December 8, 2016 |
| ) | Hearing Time: 10:30 A.M. |
| ) | |

## DEBTOR'S MOTION FOR ENTRY OF FINAL DECREE

Pursuant to 11 U.S.C. § 350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure, Ice Theaters, LLC (the "Debtor") respectfully requests that this Court enter a final decree in the above-captioned case (the "Motion"). In further support of its Motion, Debtor states as follows:

1. On August 6, 2015 ("Petition Date"), Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Debtor continues to operate as debtor-in-possession.

2. On September 20, 2016, the Court entered an order [Dkt. #83] approving the Debtor's Amended Disclosure Statement [Dkt. #69] and Chapter 11 Plan of Liquidation [Dkt. #65].

3. As of the date of this Motion, the Debtor has substantially consummated its Chapter 11 Plan of Liquidation. Specifically, the Debtor has paid all administrative expenses in full and has begun making *pro rata* distributions to all unsecured creditors that have filed claims in the case.

**WHEREFORE**, Ice Theaters LLC, debtor and debtor-in-possession herein, requests the Court enter a final decree closing the bankruptcy case and granting such further relief as the Court deems appropriate and just.

Dated:  December 1, 2016

Respectfully Submitted,
**ICE THEATERS, LLC**

By:    /s/ John F. Hiltz
       (One of Its Attorneys)

John F. Hiltz (ARDC # 6289744)
Blair R. Zanzig (ARDC # 6273293)
**HILTZ & ZANZIG LLC**
53 West Jackson Blvd., Suite 205
Chicago, Illinois 60604
Telephone: 312.566.9008
Facsimile: 312.566.9015

*Counsel for Debtor Ice Theaters, LLC*

2

# CERTIFICATE OF SERVICE

      I, John F. Hiltz, an attorney, hereby certify that on the 1st day of December 2016, I caused a true and correct copy of the attached **Notice of Motion** and **Debtor's Motion for Entry of Final Decree** to be served on the following via the indicated means:

<u>VIA CM/ECF</u>:

Patrick S Layng, Office of the U.S. Trustee, Region 11
USTPRegion11.ES.ECF@usdoj.gov

<u>VIA U.S. MAIL</u>:

See attached service list

                                                               /s/ John F. Hiltz

```
Label Matrix for local noticing          Ice Theaters, LLC                       Matanky and Matanky, Ltd.
0752-1                                   3330 West Roosevelt Road                Matanky and Matanky, Ltd.
Case 15-26965                            Chicago, IL 60624-4335                  200 N. LaSalle St., Ste. 2350
Northern District of Illinois                                                    Chicago, Il 60601-1044
Chicago
Tue Dec 22 15:19:57 CST 2015

U.S. Bankruptcy Court                    Applegate-Thorne                        BR Lawndale
Eastern Division                         626 West Jackson Blvd                   C/O Colliers International Dept.
219 S Dearborn                           Suite 400                               LA 23804
7th Floor                                Chicago, IL 60661-5673                  Pasadena, CA 91185-3084
Chicago, IL 60604-1702


City of Chicago Dept. of Finance         ComEd                                   Commonwealth Edison Company
121 North LaSalle Street 7th Floor       PO Box 6112                             3 Lincoln Center
Chicago, IL 60602-1246                   Carol Stream, IL 60197-6112             Attn: Bankruptcy Department
                                                                                 Oakbrook Terrace, IL 60181-4204


Cook County                              Cook County Treasurer                   Deborah L. King, PC
118 N. Clark Street Room 1160            PO BOX 805438                           9510 South Constance
Chicago, IL 60602-1315                   Chicago, IL 60680-4155                  Suite 2
                                                                                 Chicago, IL 60617-4790


Dee Robinson                             Energy.Me Midwest LLC                   Fay Ferguson
1211 South Prairie #1104                 Michael D Weis                          30 East Huron Street
Chicago, IL 60605-3648                   PO Box 1166                             Apt. 5504
                                         Northbrook, IL 60065-1166               Chicago, IL 60611-4734


Ginsberg Jacobs LLC                      Haran & Associates                      Husch Blackwell
300 South Wacker Drive                   3201 Old ZGlenview Road                 PO Box 790379
Suite 2750                               Suite 205                               Saint Louis, MO 63179-0379
Chicago, IL 60606-6782                   Wilmette, IL 60091-2993


Illinois Department of Revenue           (p)INTERNAL REVENUE SERVICE             Johns Law Group
Bankruptcy Section                       CENTRALIZED INSOLVENCY OPERATIONS       159 N. Harlem #359
PO BOX 64338                             PO BOX 7346                             Oak Park, IL 60301
Chicago, IL 60664-0338                   PHILADELPHIA PA 19101-7346


Kneeway Next Phase Ministry Church       Matanky & Matanky, Ltd.                 NCR
attn: Pastor Willie McCoy                250 North LaSalle St.                   3095 Satellite Blvd BLDG 800
11351 South Wallace                      Suite 2350                              Third Floor
Chicago, IL 60628-4729                   Chicago, IL 60601-1014                  Duluth, GA 30096-5814


New Day Church                           One Way Apostolic Church                People's Gas
Attn: Bishop Stanley C Searcy            attn: Dr Noah L Nicholson II            PO Box 19100
PO Box 440378                            5758 West Fillmore Street               Green Bay, WI 54307-9100
Chicago, IL 60644-0378                   Chicago, IL 60644-5424


Rivers of Living Water Ministries Int'l  Royal Paper Corporation                 Stonehenge Capital Company
attn: Apostle Stephen A Garner           10232 Palm Drive                        Stonehenge Community Development XXI B
2948 West Madison Ave                    Santa Fe Springs, CA 90670-3368         191 W. National Blvd. Suite 600
Chicago, IL 60612-1928                                                           Columbus, OH 43215
```

| | | |
|---|---|---|
| Theater Service Network<br>6100 Terra Mere Circle<br>Boynton Beach, FL 33437-4919 | West World Media<br>63 Copps Hill Road<br>Ridgefield, CT 06877-4051 | William J Seitz, LLC<br>155 North Michigan Ave.<br>Suite 519<br>Chicago, IL 60601-7932 |
| World Business Lenders<br>120 West 45th Street<br>29th Floor<br>New York, NY 10036-4041 | Alex J Whitt<br>Hiltz & Zanzig, LLC<br>53 W. Jackson Suite 205<br>Chicago, IL 60604-3673 | Blair R Zanzig<br>Hiltz & Zanzig LLC<br>53 West Jackson Blvd.<br>Suite 205<br>Chicago, IL 60604-3673 |
| John F Hiltz<br>Hiltz & Zanzig LLC<br>53 West Jackson Blvd.<br>Suite 205<br>Chicago, IL 60604-3673 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
230 S. Dearborn
Room 2600, M/S 5014CHI
Chicago, IL 60604

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BR Lawndale Plaza, LLC | (u)Hiltz & Zanzig LLC | End of Label Matrix<br>Mailable recipients   37<br>Bypassed recipients    2<br>Total                 39 |