UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 15-26965 |
|---|---|---|
| ICE THEATERS LLC, | ) | Chapter: 11 |
| | ) | Honorable Pamela S. Hollis |
| Debtor(s) | ) | |

**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF FINAL DECREE**

The matter coming before the Court on Debtor's Motion for Entry of Final Decree (the "Motion"), upon due and proper notice, and the Court fully advised in the premises,

IT IS HEREBY ORDERED:

1. The Motion is granted; and

2. The above-captioned bankruptcy case is closed.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: December 08, 2016

**Prepared by:**

John Hiltz (ARDC # 6289744)
HILTZ & ZANZIG LLC
53 West Jackson Blvd., Suite 205
Chicago, Illinois 60604
Telephone: 312.566.9008
Fax:  312.566.9015

Counsel for Debtor